## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil No.  09-346-PB |
| ) | |
| **One Black 2008 Honda Civic LX ,** ) | |
| **NH Reg. 2476918, VIN# 2HGFA16558H314803,** ) | |
| **seized from David Cohen,** ) | |
| ) | |
| **Defendant-in-rem.** ) | |
| ) | |

## ORDER FOR INTERLOCUTORY SALE

Having reviewed the Assented-To Motion for Interlocutory Sale of one Black 2008 Honda Civic LX, NH Reg. 2476918, VIN # 2HGFA16558H314803, seized from David Cohen,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.  The defendant-in-rem property, one Black 2008 Honda Civic LX, NH Reg. 2476918, VIN # 2HGFA16558H314803, seized from David Cohen, shall be sold at an interlocutory sale pursuant to the terms set forth in the Assented-To Motion for Interlocutory Sale;

2.  The claimant, Karen Cohen, will execute promptly any documents which may be required to complete the interlocutory sale of the defendant property;

3.  The purchase price of the defendant property will be a cash price;

4.  The defendant property will be sold by the United States Marshals Service.

5.  The proceeds realized from the sale of the defendant property, once reasonable and necessary expenses are paid, shall be transmitted to the United States Marshals Service, where it will be held, and shall be substituted as the "res" for the defendant property in this proceeding.

The proceeds (substitute res) shall be held by the United States Marshals Service, pending further order of the Court.


Dated: 12/4/2009          /s/ Paul Barbadoro
                          UNITED STATES DISTRICT JUDGE


cc: Counsel of Record